■ In the Matter of LILLIAN EISENBERG, Petitioner, v. STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents.— The record amply supports the determination of the Human Rights Appeal Board affirming the dismissal of petitioner's complaint by the Division of Human Rights. Accordingly, the determination dated December 4, 1969, is unanimously confirmed and the petition is dismissed, without costs and without disbursements. Concur — McGivern, J. P., Markewich, Nunez, McNally and Steuer, JJ.